UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT R. BURTCH

CIVIL ACTION

VERSUS

NO. 06-950-C

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 11, 2008.  Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendant's motion for summary judgment (rec.doc.15) will be granted and plaintiff's motion for summary judgment (rec.doc. 19) will be denied.

Baton Rouge, Louisiana, April   21   , 2008.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA