UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT R. BURTCH

CIVIL ACTION

VERSUS

NO. 06-950-C

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion for summary judgment (rec.doc.15) filed on behalf of defendant, Hartford Life and Accident Insurance Company, is granted.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the motion for summary judgment (rec.doc. 19) filed on behalf of plaintiff, Robert R. Burtch, is denied.

All other pending motions in this action are hereby dismissed, as moot, and this matter is dismissed.

Baton Rouge, Louisiana, April 21, 2008.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA